UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TROY T. SMITH,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SPOKANE COUNTY, *et al.*,<br><br>　　Defendants. | NO. CV-06-325-RHW<br><br>**ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER** |

Before the Court is the parties' Stipulated Motion for Protective Order (Ct. Rec. 15). The motion was heard without oral argument.

The parties stipulate to the need for a protective order for certain information disclosed to Plaintiff's counsel by Defendants. The parties indicate that evidence that has been Bates stamped 1 through 821 pages should be subject to the protective order. It appears that the protective order would preclude this evidence from being made public without agreement of counsel or Court order.

Generally, the manner in which the parties agree to manage the dissemination and use of the information between themselves during the discovery process does not cause the Court concern. It is the policy of this District and the Judges therein not to enter blanket Protective Orders. Additionally, to the extent the parties are seeking to preclude the filing of Bates stamped 1-821 pages in the public record, the Court declines to enter such a protective order. Rather, the parties will be required to make the requisite showing of good cause before the Court will order that any evidence be filed under seal.

**ORDER DENYING**
**STIPULATED MOTION FOR PROTECTIVE ORDER** ~ 1

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED:** |
| 2 | 1. The parties' Stipulated Motion for Protective Order (Ct. Rec. 15) is |
| 3 | **DENIED**. |
| 4 | **IT IS SO ORDERED.** The District Court Executive is hereby directed to |
| 5 | enter this Order and to furnish copies to counsel. |
| 6 | **DATED** this 26th day of March, 2008. |

*s/Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2006\Smith\prot.ord.wpd

**ORDER DENYING
STIPULATED MOTION FOR PROTECTIVE ORDER** ~ 2