UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TROY T. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY, *et al.*,<br><br>    Defendants. | NO. CV-06-325-RHW<br><br>**ORDER GRANTING STIPULATED MOTIONS TO AMEND SCHEDULING ORDER AND DISMISS CERTAIN CLAIMS** |

Before the Court are the parties' Stipulated Motion to Amend Scheduling Order (Ct. Rec. 22) and the parties' Stipulated Motion for Dismissal of All Claims against Jesse Bianche (Ct. Rec. 24). The motions were heard without oral argument.

The parties stipulate that all claims against Jesse Bianche be dismissed from the above-captioned action with prejudice and without costs or attorney's fees. Additionally, the parties stipulate to amend the deadline to complete discovery and dispositive motions. The Court finds that good cause exists to grant both motions.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Amend Scheduling Order (Ct. Rec. 22) is **GRANTED**.

2. The parties' Stipulated Motion for Dismissal of All Claims against Jesse Bianche (Ct. Rec. 24) is **GRANTED**.

3. The April 23, 2008 Amended Scheduling Order (Ct. Rec. 21) is amended as follows:

**ORDER GRANTING STIPULATED MOTIONS TO AMEND SCHEDULING ORDER AND DISMISS CERTAIN CLAIMS ~ 1**

The discovery deadline is **extended** to **August 22, 2008**, and the dispositive motions deadline is **extended** to **August 29, 2008.**

4. All claims asserted against Jesse Bianche are **dismissed** from the above-captioned case with prejudice and without costs or attorneys' fees. Defendant Jesse Bianche is **dismissed** from the above-captioned case.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and to furnish copies to counsel.

**DATED** this 28th day of August, 2008.

*s/Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2006\Smith\grant.stip.wpd

**ORDER GRANTING STIPULATED MOTIONS TO AMEND SCHEDULING ORDER AND DISMISS CERTAIN CLAIMS** ~ 2