UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TROY T. SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOKANE COUNTY, *et al.*,<br><br>    Defendants. | NO. CV-06-325-RHW<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS** |

Before the Court are the parties' Joint Motion to Dismiss with Prejudice and Without Costs (Ct. Rec. 67, 69). The motion was heard without oral argument and on an expedited basis.

The parties report that they have settled the above-caption case and ask that the case be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Motion to Dismiss with Prejudice and Without Costs (Ct. Rec. 67, 69) is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without costs.

///
///
///
///
///

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS ~ 1**

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  enter this Order, furnish copies to counsel, and **close the file**.
3     **DATED** this 7th day of May, 2009.
4
5             *s/Robert H. Whaley*
6         ROBERT H. WHALEY
          Chief United States District Judge
7
8
9  Q:\CIVIL\2006\Smith\grant3.wpd

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS ~ 2**